# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00491-CV

---

**Peggy Scarbrough, Appellant**

**v.**

**City of Killeen, Appellee**

---

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 24DCV350179, THE HONORABLE MIKE RUSSELL, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Peggy Scarbrough seeks to appeal a trial court ruling. But the clerk's record does not contain an appealable order or judgment, and without one, we may not exercise appellate jurisdiction. *See* Tex. Civ. Prac. & Rem. Code § 51.014 (authorizing appeals from certain interlocutory orders); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). On July 31, 2025, this Court requested that Scarbrough file a written response demonstrating our jurisdiction over this appeal. No response was filed. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Dismissed for Want of Jurisdiction

Filed:   August 15, 2025